ACCEPTED
06-14-00094-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 11:55:53 AM
DEBBIE AUTREY
CLERK

# CASE NO. 06-14-00094-CV

IN THE SIXTH COURT OF APPEALS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 11:55:53 AM
DEBBIE AUTREY
Clerk

Nancy Bowman,
Appellant,

vs.

Jerry Davidson and
Diana Davidson
Appellees.

On Appeal from the 71st Judicial District
Harrison County, Texas
Cause No. 13-0618
The Honorable Brad Morin, Presiding

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

Filed by Alan E. Brown
Counsel for Appellee
State Bar No. 03090500
1215 Pruitt Place
Tyler, TX 75703
Ph 903-526-9000
Fax 903-526-9001
aebrown@suddenlinkmail.com

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW JERRY DAVIDSON AND DIANA DAVIDSON, Appellees in the above-referenced cause, who makes and files this, their Unopposed Motion to Extend Time to File Appellee's Brief pursuant to Texas Rules of Appellate Procedure 10.5, and in support thereof would respectfully show unto the Honorable Court as follows:

UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF                    PAGE 1

## I.
## Background

Appellant's brief was originally due March 9, 2015. The Court granted an unopposed motion to extend appellant's deadline thirty (30) days. Appellant's brief was filed March 19, 2015. Appellees' brief is currently due April 20, 2015. Appellees request an extension beyond the current deadline in order to allow additional time for the preparation of their brief. This is the first request for an extension made by Appellees in this matter.

## II.
## Grounds

Due to counsel's trial docket, specifically, trial set in the 114th Judicial District Court, Smith County, Cause Number 13-2316-B, counsel has had very limited time to assign to the preparation of Appellees' brief. The above referenced, set for jury selection and trail beginning April 13, 2015, was withdrawn from the court's trial docket late on April 10, 2015. Appellees request and extension of time in order to complete their brief.

## III.
## Relief Requested

Appellees request the Court grant them an extension of ten (10) days to file their Appellees' Response Brief from the current due date of April 20, 2015 until April 30, 2015.

## IV.
## Prayer

Appellees pray the Honorable Court GRANT their request to extend the deadline for filing the Appellees brief as set forth herein.

Appellees pray for such other and further relief to which they may show themselves to be justly entitled.

Respectfully submitted,

BOYD & BROWN, P.C.

BY:    /s/ Alan E. Brown
           ALAN E. BROWN
           State Bar No. 03090500
           1215 Pruitt Place
           Tyler, Texas 75703
           903/526-9000
           903/526-9001 (FAX)
           aebrown@suddenlinkmail.com

ATTORNEY FOR APPELLEES

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a) (5), the undersigned has conferred with counsel for Appellant and he has indicated he does not oppose the relief sought in this motion.

/s/ Alan E. Brown
ALAN E. BROWN

## CERTIFICATE OF SERVICE

I hereby certify that on this the _13th_ day of April, 2015, a true and correct copy of the above and foregoing instrument was forwarded via electronic filing, Facsimile and/or E-mail, to:

Jack Sanders, Jr.
109 East Houston
P.O. Box 1387
Marshall, TX 75671-1387
Facsimile: (903) 938-8616
[ATTORNEY FOR APPELLANT]

/s/ Alan E. Brown
ALAN E. BROWN